IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVE GARNER,
INDIVIDUALLY AND ON BEHALF
OF OTHERS SIMILARLY SITUATED                                         PLAINTIFF

v.                              Case No. 4:11-cv-0388 KGB

UTILITY SUPPORT SYSTEMS, INC.                                        DEFENDANT

## ORDER

Based upon all counsels' representations to this Court, this case is removed from the trial calendar for the week of October 29, 2012.

IT IS SO ORDERED this 15 day of October, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE