IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVE GARNER,
INDIVIDUALLY AND ON BEHALF
OF OTHERS SIMILARLY SITUATED                                    PLAINTIFF

v.                          Case No. 4:11-cv-0388 KGB

UTILITY SUPPORT SYSTEMS, INC.                                   DEFENDANT

## ORDER

Before the Court is plaintiff Steve Garner's and defendant Utility Support Systems, Inc.'s joint motion for order of dismissal (Dkt. No. 29). The parties have informed the Court that this matter has been settled. For good cause shown, the parties' joint motion for order of dismissal is hereby granted.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

IT IS SO ORDERED this 9 day of November, 2012.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE